therefrom second ordering paragraph and remanding proceeding to the Authority for a hearing and as so modified, affirmed, without costs of this appeal to either party. Memorandum: Special Term was without authority to direct the issuance of a license to petitioner. The action of the Authority, however, in denying petitioner an adjournment was arbitrary. It is undisputed that his counsel was actually engaged in a court of record within the provision of subdivision 3 of rule 2 of the Rules of the State Liquor Authority. The latter violated its own rule in offering an adjournment upon condition that petitioner execute the requested stipulation. The Authority had ample power under the provisions of section 118 of the Alcoholic Beverage Control Law to revoke or cancel the renewed license subsequent to October 1, 1960 for violations occurring during the immediately preceding license period. (Appeal from order of Erie Special Term directing the renewal of petitioner's expired liquor license and annulling the determination of the State Liquor Authority which cancelled his present license.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of MORRIS SINGER, Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.— Same decision and like cause of action as in companion case of Matter of Amigone v. New York State Liq. Auth. (12 A D 2d 993). (Appeal from order of Erie Special Term directing the renewal of petitioner's expired liquor license and annulling the cancellation of his existing license.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ RALPH L. SCHOOLEY, Doing Business as R. L. SCHOOLEY PIPE LINE EXCAVATING CONTRACTORS, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ ROLAND R. BENZOW, Individually and as District Councilman of the City of Buffalo, Appellant, v. JOSEPH J. COOLEY, as City Clerk of the City of Buffalo, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) ALICE C. LAGOE, as Limited Administratrix of the Estate of JOHN H. LAGOE, Deceased, Respondent, v. CITY OF OSWEGO et al., Defendants, and E. I. DU PONT DE NEMOURS AND COMPANY, Appellant. (B) AGNES SCHLOOP, Appellant, v. STATE OF NEW YORK, Respondent. (C) In the Matter of the Probate of the Will of MARY L. CRESSEY, Deceased. BRIDGET McGARRY et al., Appellants; ELIZABETH CONNAUGHTON et al., Respondents. (D) In the Matter of FRANK ZIOLKOWSKI, Respondent, v. BENEDICT T. HOLTZ et al., Constituting the Town Board of the Town of Cheektowaga, Appellants.— [In each action] Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. SMITH, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ (A) In the Matter of THOMAS O. BUTLER, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (B) KATHRYN CHAPMAN, Respondent, v. EARL E. CHAPMAN, Appellant. In the Matter of the Accounting of MILDRED B. DONNELLY et al., as Executors of FRANK E. DONNELLY, as Executor of MARJORIE K. CARLSON, Deceased. (C) ANNA OTIS, Appellant, v. EDWARD FILIPKOWSKI, Respondent. (D) JOHN OTIS, Appellant, v. EDWARD FILIPKOWSKI, Respondent. (E) JOSEPH SANZONE, Appellant, v. SINCLAIR REFINING CO., Respondent. (F) JOSEPH SCHULGASSER, Appellant, v.

MACK J. YOUNG, Respondent. (G) CONCETTA REDINO, Appellant, v. NICHOLAS J. REDINO et al., Respondents.— [In each action] Appeal dismissed, without costs upon stipulation.

■ DOROTHY BONADONNA et al., Plaintiffs, v. EILEEN R. BARRY et al., Defendants (and Two Other Actions).— Motion granted to extent of permitting Eileen Barry to file a brief *amicus curiæ*, upon condition that brief be filed and served on or before March 1, 1961.

■ In the Matter of BURNET SCRAP CORP., Assignee of JOSEPH SERVELLO, v. VILLAGE OF EAST SYRACUSE.— Motion to dismiss appeal denied, without prejudice to renew in the briefs and upon the oral argument of the appeal.

■ B & C STEEL ERECTORS, INC., Appellant, v. RICHARD A. VALENT, Respondent. In the Matter of the Arbitration between C. ROLLAND OSWALD, INC., Respondent, and B & C STEEL ERECTORS, INC., Appellant.— Appellants' motion granted to extent of permitting appeal to be prosecuted on five type-written copies of record and five typewritten briefs and by serving one type-written copy of record and brief on respondent. Motions to dismiss appeals granted unless typewritten records and briefs are served on or before March 6, 1961. Respondent's brief must be filed and served on or before March 16, 1961 if appeals are to be argued at March 1961 Term.

■ EDWARD J. BOLLA et al., Appellants, v. HOWARD J. BLAUGRUND et al., Respondents.— Application for a stay granted pending hearing and determination of appeal, and the Referee is restrained from disbursing this fund except upon the order of this court.

■ In the Matter of the Claim of MARIE F. BENIGAZA, v. ESTATE OF VINCENT P. DUDEK, Deceased.— Appeal dismissed unless records and briefs are filed and served on or before April 12, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ In the Matter of WALTER S. FORSYTH.— Motion granted and appeal dismissed, with $10 motion costs.

■ JOSEPH BIONDO, Appellant, v. CITY OF ROCHESTER et al., Respondents. — Motion granted to prosecute appeal on one typewritten original record of testimony, original and five typewritten copies of judgment roll.

■ VIVIAN MARUSCZAK, Appellant, v. TRACEY McLAUGHLIN et al., Respondents.— Motions granted and appeals dismissed unless records and briefs are filed and served on or before April 3, 1961. Respondent's briefs must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ In the Matter of CHARLES L. HEVERLY, Doing Business as STEUBEN HOTEL, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.— Motion for a preference granted and case added to calendar of February 21, 1961; motion for stay denied, without prejudice to renew upon the argument of the appeal.

■ BEN'S CREDIT HOUSE, INC., Respondent, v. TINNEY CADILLAC CORP., Appellant.— Motion for leave to prosecute appeal upon typewritten record and brief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL BOLAND, Appellant.— Motion granted and time for argument of appeal enlarged to include March 1961 Term, and case added to March 1961 Term Calendar. Respondent directed to file brief by March 16, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH ROBERTS, Appellant.— Motion granted and time for argument of appeal enlarged to include March 1961 Term, upon condition that appellant's briefs are filed and served on or before March 1, 1961. Respondent directed to file and serve brief on or before March 16, 1961.